# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wells, Thomas B. | U.S. Tax Court | 05/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Senior Status) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

400 Second Street, N.W.
Washington, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Urban Properties, a GA Gen. Partnership to own and rent property located in Atlanta, GA, 12/78 to Present (essentially |
| 2. | * | a real estate investment, see Part VII, Item 11, Line 11). |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwest Savings Mortgage Co. | Reporting person is co-maker with _____ on loan secured by property described | M |
| 2. | " | in Part VII, Item 11 (line11). | |
| 3. | National City Mortgage Co. | Reporting person is co-maker with ____ on loan secured by property | M |
| 4. | " | described in Part VII, Item 47 (line 135). | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (S) Brown Shoe Com. | A | Dividend | J | T | | | | | |
| 2. (S) CSX, Com. | A | Dividend | L | T | | | | | |
| 3. (DC) Chevron, Com. | D | Dividend | N | T | | | | | |
| 4. (S) Coca Cola, Com. | E | Dividend | O | T | | | | | |
| 5. (S) Dayton Power & Lt., Com. | A | Dividend | J | T | Sold | 01/02/12 | J | D | |
| 6. (S) Exxon, Mobil, Com. | B | Dividend | L | T | | | | | |
| 7. (S) IBM, Com. | A | Dividend | L | T | | | | | |
| 8. (S) Johnson & Johnson, Com. | C | Dividend | M | T | | | | | |
| 9. (S) AGL Resources, Com. | B | Dividend | K | T | | | | | |
| 10. (S) XOMA, Com. | A | Dividend | J | T | | | | | |
| 11. (J) Urban Properties, GA Gen P'ship(1/2 int.) | D | Rent | N | W | | | | | |
| owns & rents property located in Atlanta, GA | | | | | | | | | |
| 12. (S) (DC) C.D., Vidalia Federal S&L | E | Interest | P1 | T | | | | | |
| 13. (S) (DC) Cash Mgt. Acct. Merrill Lynch Bank USA. | D | Dividend | M | T | | | | | |
| 14. (J) Merrill Lynch Retirement Reserves CL1 Fund (IRA). | A | Dividend | K | T | | | | | |
| 15. (S) Allstate, Com. | A | Dividend | J | T | | | | | |
| 16. (S) Various mineral interests in properties located in | F | Royalty | L | W | | | | | Income is from royalty, |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. in the following counties of Texas: Andrews, Midland, | | | | | | | | | payments, i.e. |
| 19. Montague, Marion, Upton, Hale, Yoakum, and Glascock; | | | | | | | | | share of profit from sales of oil and gas |
| 20. Oklahoma: McLain, Creek, and Okmulgee; Rio Arriba County, | | | | | | | | | due owner of mineral |
| 21. New Mexico, and Escambia County, Alabama | | | | | | | | | rights; |
| 22. | | | | | | | | | Companies currently paying |
| 23. | | | | | | | | | for extracting minerals: |
| 24. | | | | | | | | | Apache; |
| 25. | | | | | | | | | BP; |
| 26. | | | | | | | | | BOPCO; Bowie Gas; |
| 27. | | | | | | | | | Byrd Operating Co.; |
| 28. | | | | | | | | | B. G. Chappel ; |
| 29. | | | | | | | | | COG Operating; |
| 30. | | | | | | | | | Conoco Phillips; |
| 31. | | | | | | | | | Encore Energy; |
| 32. | | | | | | | | | Endeavor Energy; |
| 33. | | | | | | | | | Enterprise Crude; |
| 34. | | | | | | | | | Harco Ltd.; |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | Harrington S.W.; |
| 36. | | | | | | | | | Harrington Energy Res.; |
| 37. | | | | | | | | | Legacy Reserves; |
| 38. | | | | | | | | | Oneok Field Services Co.; |
| 39. | | | | | | | | | Pioneer; |
| 40. | | | | | | | | | Plains Marketing; |
| 41. | | | | | | | | | Sunoco Partners; |
| 42. | | | | | | | | | SM Energy; |
| 43. | | | | | | | | | Tempe Ltd.; |
| 44. | | | | | | | | | Terrace Petrol.; |
| 45. | | | | | | | | | Texas Petroleum; |
| 46. | | | | | | | | | Tierre Pobre; |
| 47. | | | | | | | | | Wagner & Brown. |
| 48. 17. (S) (DC) Lance, Com. | A | Dividend | J | T | | | | | |
| 49. 18. Lance, Com. | A | Dividend | J | T | | | | | |
| 50. 19. (DC) AGL Resources, Com. | D | Dividend | M | T | | | | | |
| 51. 20. (S) Morgan Stanley, Com. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   21. (DC) Coca Cola, Com. | A | Dividend | K | T | | | | | |
| 53.   22. Irridium World, Com. | A | Dividend | J | T | Sold | 01/02/12 | J | A | Bankruptcy |
| 54.   23. United Parcel Service, B., Com. | A | Dividend | J | T | | | | | |
| 55.   24. (S) B.P. PLC, ADR | D | Dividend | M | T | | | | | |
| 56.   25. (S) Dominion Resources, Com. | D | Dividend | M | T | | | | | |
| 57.   26. (J) SunTrust Bank, Account | B | Interest | K | T | | | | | |
| 58.   27. (S) Abbott Lab., Com. | A | Dividend | J | T | | | | | |
| 59.   28. (S) Amgen, Com. | A | Dividend | J | T | | | | | |
| 60.   29. (S) Campbell Soup, Com. | A | Dividend | J | T | | | | | |
| 61.   30. (S) Cisco Systems, Com. | A | Dividend | J | T | | | | | |
| 62.   31. (S) Dell, Com. | A | Dividend | J | T | | | | | |
| 63.   32. (S) G.E., Com. | A | Dividend | J | T | | | | | |
| 64.   33. (S) Home Depot, Com. | A | Dividend | J | T | | | | | |
| 65.   34. (S) Intel, Com. | A | Dividend | J | T | | | | | |
| 66.   35. (S) American Funds, Investment Co. of America Fund | A | Dividend | J | T | | | | | |
| 67.   36. (S) Merck, Com. | A | Dividend | J | T | | | | | |
| 68.   37. (S) Microsoft, Com. | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 38. (S) Pepsi Co., Com. | A | Dividend | J | T | | | | | |
| 70. 39. (S) Southern Co., Com. | A | Dividend | J | T | | | | | |
| 71. 40. (S) Disney, Com. | A | Dividend | J | T | | | | | |
| 72. 41. (S) Wells Fargo, Com. | A | Dividend | J | T | | | | | |
| 73. 42. (D.C.) Verizon, com. | B | Dividend | K | T | | | | | |
| 74. 43. (S) Gum Swamp Creek, LLC, (units of ownership | F | Distribution | P1 | W | | | | | |
| 75. in Georgia limited liability company) | | | | | | | | | |
| 76. -AGL RESOURCES, com. | | | | | | | | | |
| 77. -ALCATEL LUCENT ADR | | | | | | | | | |
| 78. -AT&T CORP, com. | | | | | | | | | |
| 79. -AMER. ELEC. PWR., com. | | | | | | | | | |
| 80. -B.P. PLC, ADR. | | | | | | | | | |
| 81. -CONOCO PHILLIPS, com. | | | | | | | | | See line 131. |
| 82. -CORN PRODS INTL, com. | | | | | Merged (with line 127) | 06/04/12 | J | A | See line 127. |
| 83. -CITIGROUP INC, com. | | | | | | | | | |
| 84. -COCA COLA, com. | | | | | | | | | |
| 85. -COMCAST CORP. New CL A, com. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -DAIMLER A., com. | | | | | | | | | |
| 87.  -DEVON ENERGY, com. | | | | | | | | | |
| 88.  -DIRECT T.V. GRP, Holdings. CLA | | | | | | | | | |
| 89.  -EXXON MOBIL CORP, com. | | | | | | | | | |
| 90.  -EL PASO CORP, com. | | | | | Merged (with line 128) | 05/24/12 | J | A | See line 128. |
| 91.  -FORD MOTOR CO., com. | | | | | | | | | |
| 92.  -GENERAL ELECTRIC, com. | | | | | | | | | |
| 93.  -HOME DEPOT, com. | | | | | | | | | |
| 94.  -INTL PAPER CO, com. | | | | | | | | | |
| 95.  - MARATHON OIL CORP, com. | | | | | | | | | |
| 96.  -MATTEL INC, com. | | | | | | | | | |
| 97.  -NCR CORP, com. | | | | | | | | | |
| 98.  -NEWMONT MINING, com. | | | | | | | | | |
| 99.  -NEWS CORP. LTD., com. | | | | | | | | | |
| 100.  -NORFOLK SO., com. | | | | | | | | | |
| 101.  -NORTHROP GRUMMAN, com. | | | | | | | | | |
| 102.  -QUEST COMM, com. | | | | | Merged (with line 124) | 01/02/12 | J | A | See line 124. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wells, Thomas B. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -SCANA, com. | | | | | | | | | |
| 104. -SOUTHERN CO, com. | | | | | | | | | |
| 105. -SUNOCO INC, com. | | | | | | | | | See lines 129 and 130. |
| 106. -TENNECO AUTO, com. | | | | | | | | | |
| 107. -TERADATA, com. | | | | | | | | | |
| 108. -UNITED STS STL, com. | | | | | | | | | |
| 109. -V F CORP, com. | | | | | | | | | |
| 110. -WCMA Money Fund CL3 | | | | | | | | | |
| 111. -Vidalia Federal Savings Bank, C.D. | | | | | | | | | |
| 112. -Vidalia Federal Savings Bank, Checking | | | | | | | | | |
| 113. -Real estate, Toombs Co., GA | | | | | | | | | |
| 114. - Real estate, Dodge Co., GA | | | | | | | | | |
| 115. - Real estate, Vidalia, GA | | | | | | | | | |
| 116. - Real estate, Telfair Co., GA | | | | | | | | | |
| 117. - Real estate, Wheeler Co., GA, parcel #1 | | | | | | | | | |
| 118. - Real estate, Wheeler Co., GA, parcel #2 | | | | | | | | | |
| 119. -Bond, GA ST HFA, 6/1/12 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Bond, SAV GA EC DEV., 12/1/16 | | | | | | | | | |
| 121. -Bond, ATL GA DEV., 9/1/17 | | | | | | | | | |
| 122. -Bond, Barrow Co., 10/1/16 | | | | | Redeemed | 06/01/12 | K | A | |
| 123. -Berkshire Hathaway, B com. | | | | | | | | | |
| 124. -Century Link, com | | | | | | 01/02/12 | J | A | See line 102. |
| 125. -Huntington Ingls., com. | | | | | | | | | |
| 126. -Marathon Petrol., com. | | | | | | | | | |
| 127. -INGREDION, com. | A | Dividend | J | T | | 06/04/12 | J | A | See line 82. |
| 128. -KINDER MORGAN, com. | A | Dividend | J | T | | 05/24/12 | J | A | See line 90. |
| 129. -ENERGY TRANSFER PARTNERS, com. | A | Dividend | J | T | Spinoff (from line 105) | 10/05/12 | J | A | See line 105. |
| 130. -SUNCOKE, com. | A | Dividend | J | T | Spinoff (from line 105) | 01/17/12 | J | A | See line 105. |
| 131. -PHILLIPS 66, com. | A | Dividend | K | T | Spinoff (from line 81) | 04/30/12 | K | A | See line 81. |
| 132. 44. (S) Acco Brands, com. | A | Dividend | J | T | | | | | |
| 133. 45. (S) Hospira, Com. | A | Dividend | J | T | | | | | |
| 134. 46. (S) Medco Health, Com. | A | Dividend | J | T | | | | | See line 146. |
| 135. 47. (J) Real Estate in Charlottesville, VA | E | Rent | N | W | | | | | |
| 136. 48. (S) Alcatel Lucent, ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. 49. (S & J) Delta Airlines, Com. | A | Dividend | J | T | | | | | |
| 138. 50. (S) Discover Fin. Serv., Com. | A | Dividend | J | T | | | | | |
| 139. 51. (S) Teradata Corp., Com. | A | Dividend | J | T | | | | | |
| 140. 52. (S) Tall Timber Ventures, LLC (units of ownership in | E | Distribution | O | W | | | | | |
| 141. Georgia limited liability company) Owns units in Gum Swamp | | | | | | | | | |
| 142. Creek, LLC (see item 43, line 74) | | | | | | | | | |
| 143. 53. (S) Fortune Brands Home Sec., com. | A | Dividend | K | T | | | | | |
| 144. 54. (S) Beam, Inc., com. | B | Dividend | K | T | | | | | |
| 145. 55. (S) Teraforce Tech, com. | | | | | Sold | 12/10/12 | J | A | |
| 146. 56. (S) Express Scripts, com. | A | Dividend | K | T | Spinoff (from line 134) | 04/13/12 | J | A | See line 137. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Thomas B. Wells**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544